912

No. 77–6568.   STANCELL v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 77–6580.   HUGHES v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 77–6590.   ROBINSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 77–6597.   WILCOX, AKA TAYLOR v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 77–6608.   WIMBLEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 77–6609.   SHANE v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 77–6613.   BAER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 77–6620.   WILLIAMS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 77–1003.   NAPOLI ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 77–1066.   ENSLIN v. BEAN, CORRECTIONAL SUPERIN-TENDENT.   C. A. 4th Cir.   Certiorari denied.   MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–1201.   ZEIGLER COAL CO. v. LOCAL UNION No. 1870, UNITED MINE WORKERS OF AMERICA, ET AL.   C. A. 7th Cir. Motion of Bituminous Coal Operators' Assn., Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.